UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| B.N., a minor; GLEN NENEMA, JR. and CHERYL SAMPLE, Natural Father and Natural Mother, as Guardians of B.N.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRYSLER LLC, a Delaware Limited Liability Company,<br><br>Defendant. | NO. CV-08-397-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed April 16, 2009 (Ct. Rec. 12), the parties advised the Court that the above-captioned matter should be dismissed without prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The parties' Stipulated Motion **(Ct. Rec. 12)** is **GRANTED**;

2. The Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice** and **without costs** or fees awarded to any party;

3. All pending trial and hearing dates are stricken;

4. All pending motions are denied as moot; and

5. This file shall be closed.

ORDER * 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 20th day of April 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2008\397.Stip.Dismiss.wpd

ORDER * 2